Frank E. Scherkenbach (SBN 142549)
scherkenbach@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Betty Chen (SBN 290588)
bchen@fr.com
Katherine D. Prescott (SBN 215496)
prescott@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Alana C. Mannigé (SBN 313341)
mannige@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street, N.E., 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Attorneys for Plaintiff
NEXTracker, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTRACKER, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARRAY TECHNOLOGIES, INC., a New Mexico Corporation,<br><br>Defendant. | Case No. 3:17-CV-06582-JD<br><br>**PLAINTIFF NEXTRACKER, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)** |

PLEASE TAKE NOTICE that Plaintiff NEXTracker, Inc., pursuant to Federal Rule of

Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action without prejudice

as to Defendant Array Technologies, Inc.  Array Technologies, Inc. has neither filed an answer to

1  NEXTracker's Complaint nor a motion for summary judgment.  Dismissal under Federal Rule of

2  Civil Procedure 41(a)(1) is therefore appropriate.

3  Dated:  February 15, 2018                    FISH & RICHARDSON P.C.

4

5  By:  /s/ Katherine D. Prescott
     Katherine D. Prescott

6  Attorneys for Plaintiff
   NEXTracker, Inc.

7

8  51074723.DOCX

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NEXTRACKER'S NTC OF DISMISSAL
Case No. 3:17-06582-JD